In the Matter of the Application of IRVING TRUST COMPANY, Trustee in Bankruptcy of TIMES SQUARE AUTO SUPPLY CO., INC., Bankrupt, for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks, to Pay over Certain Moneys in His Possession as Liquidator of the Bank of United States.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

ROBERT POOLE v. HARTFORD ACCIDENT AND INDEMNITY COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IRENE C. DE HAEN, as Administratrix, etc., of MATHEW T. LANDY, Deceased, v. ROCKWOOD SPRINKLER COMPANY OF MASSACHUSETTS and Others.— Motion for leave to appeal granted; motion for reargument denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HERMINE MOSER, as Administratrix, etc., of ALFRED MOSER, Deceased, v. HENRY MANDEL BUILDING CO., INC., and PATENT SCAFFOLDING COMPANY.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

OTTO KOERNER, as Administrator, etc., of HENRY KOERNER, Deceased, v. PATENT SCAFFOLDING COMPANY and HENRY MANDEL BUILDING CO., INC.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

J. CLARKE DEAN and Others v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HERMAN C. FREMDER v. HERMAN S. DORF and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JAMES J. McHUGH, as President of Good Shepherd Athletic Club, v. EDWARD P. MULROONEY, Individually and as Police Commissioner, etc.— Motion granted. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IRENE C. DE HAEN, as Administratrix, etc., of MATTHEW T. LANDY, Deceased, v. ROCKWOOD SPRINKLER COMPANY OF MASSACHUSETTS and Others.— Motion for leave to appeal granted; motion for reargument denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

RICHARD SICHEL v. LOUISA HANDELSMAN and Others.— Motion for leave to appeal or for reargument denied, with ten dollars costs; motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of SHERMAN CREEK REALTY CORPORATION against WALTER R. HERRICK, as Commissioner of Parks of the Borough of Manhattan, City of New York, and Others.— Motion for reargument or for leave to appeal denied. Order of November 6, 1931, resettled. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.